IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00223-MR-WCM

| | | |
|---|---|---|
| BORGWARNER THERMAL SYSTEMS, LLC; and BORGWARNER TURBO SYSTEMS LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) ) | |
| CENTURION CAPITAL INVESTMENTS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court *sua sponte*.

Rule 7.1(a)(2) of the Federal Rules of Civil Procedure requires parties to an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) to file a disclosure statement that names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party, unless the court orders otherwise. Fed. R. Civ. P. 7.1. The disclosure statement is to be submitted when the action is filed, or when any subsequent event occurs that could affect the court's jurisdiction under § 1332(a).

Rule 7.1 was amended to include this provision, which is designed to facilitate an early and accurate determination of jurisdiction, on December 1, 2022. See Advisory Committee Notes 2022 Amendment. Consequently, this

requirement was not in effect on October 24, 2022, when Plaintiffs filed their original Complaint in the instant case. Doc. 1.

Nonetheless, information regarding the citizenship of the parties may be dispositive, in part, of issues raised by Defendant in a motion seeking the dismissal of Plaintiff's amended complaint, which motion remains pending. Citizenship information is also relevant to the exercise of the Court's independent duty to determine that subject matter jurisdiction exists.

Accordingly, each party is directed to file, on or before August 2, 2023, a disclosure statement that complies with Rule 7.1(a)(2).[1]

It is so ordered.

Signed: July 28, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[1] A Citizenship Disclosure Form is available on the Court's website: https://www.ncwd.uscourts.gov/local-forms/civil-forms.