IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00223-MR-WCM

| | | |
|---|---|---|
| BORGWARNER THERMAL SYSTEMS INC.; and BORGWARNER TURBO SYSTEMS LLC; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CENTURION CAPITAL INVESTMENTS, LLC; | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Plaintiffs' Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 24) filed by John M. Moye. The Motion indicates that Mr. Moye, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of A. Elizabeth Underwood, who the Motion represents as being a member in good standing of the Bar of Indiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 24) and **ADMITS** A. Elizabeth Underwood to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 27, 2023

W. Carleton Metcalf
United States Magistrate Judge